UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| In Re: Karlon Kidder, Attorney at Law, Bar No. 11622 | 2:16-ms-28 |

### ORDER OF SUSPENSION

On March 30, 2016, this Court entered an Order to Show Cause Suspending Karlon Kidder, mailed via certified mail which was returned as unclaimed on April 25, 2016. Further, after telephonic communication with Karlon Kidder, the Order to Show Cause was emailed to Karlon Kidder on May 3, 2016. The Order to Show Cause provided Mr. Kidder with 30 days to respond with reasons why he should not be disbarred from the practice of law in this Court. No response has been received from Mr. Kidder. Failure to respond within 30 days warrants an Order of Suspension. Local Rule IA 10-7, and Revised Local Rule IA 11-7 effective May 1, 2016.

Accordingly, **IT IS HEREBY ORDERED** that Kidder Nevada State Bar #11622, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

**DATED** this 13 day of June, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this _14_ day of June, 2016, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

>   Karlon Kidder
>   620 N. Rock Blvd.
>   Sparks, NV  89431

Certified Mail No.:  7014 0150 0000 9221 8686

/s/
Deputy Clerk
United States District Court,
District of Nevada

- 2 -