# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

In Re: Karlon Kidder )
Attorney at Law, Bar No. 11622 )
) Case No.: 2:19-cv-00234-GMN
)
) **ORDER**
)
)
)

     Pending before the Court is Karlon Kidder's ("Kidder") Petition for Reinstatement, (ECF No. 3), to practice in the United States District Court for the District of Nevada. On February 14, 2019, the Court ordered Kidder to supplement his Petition. On February 25, 2019, Kidder filed a Supplement, (ECF No. 7), in accordance with the Court's Order.

     Local Rule IA 11-7(i) states that an attorney who is the subject of an order of suspension "may petition for reinstatement to practice before this court or for modification of the order as may be supported by good cause and the interests of justice." L.R. IA 11-7(i). The Rule further provides: " . . . if the attorney was readmitted by the supervising court or the discipline imposed by the supervising court was modified or satisfied, the petition must explain the situation with specificity, including a description of any restrictions or conditions imposed on readmission by the supervising court." *Id.*

     Here, the Court reciprocally suspended Kidder after the Nevada Supreme Court ordered Kidder's one-year suspension with the last nine months stayed. *In re Discipline of Kidder*, No. 68964 (Nev. Jan. 7, 2016). Additionally, the Nevada Supreme Court imposed the following conditions:

> (1) Kidder shall execute and comply with the mentoring agreement, which shall be in effect for two years; and (2) he shall not make any appearance in any federal court for six months after approval of the suspension by the Nevada Supreme Court. Further, Kidder shall pay $750 to the State Bar for the costs of the disciplinary proceeding.

*Id.*

Upon review of the relevant documents, the Court finds that Kidder's Petition for Reinstatement is "supported by good cause and the interests of justice." L.R. IA 11-7(i).  Taken together, the Petition and Supplement show that Kidder has completed his suspension and satisfied each of the above conditions.  Specifically, Kidder has provided a letter from the Nevada State Bar indicating that he has "met the obligations of the Nevada Supreme Court." (Exs. 1 to Suppl., ECF No. 7).

Accordingly,

**IT IS HEREBY ORDERED** that Kidder's Petition for Reinstatement, (ECF No. 7), is **GRANTED**.

**DATED** this __20__ day of August, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court